UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH EDWARD STEWART, | No. 2:16-cv-00954 GEB GGH |
|---|---|
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Respondent. | |

Two months after a traverse was filed in this action, petitioner, on October 25, 2017, requested that he be able to amend his petition in order to cure "mistakes and [typo]graphical errors that will cause petitioner's argument to be misconstrued." ECF No. 18. No further elucidation for the need for amendment is set forth. The court will, however, be able to liberally construe petitioner's arguments without the necessity for commencing this action essentially from scratch.

Accordingly, the Motion to Amend the Petition, ECF. No. 18, is denied.

Dated: January 2, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1